# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| NELSON VAN WATKINS, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff, | ) | 1:13-cv-00324-MR-DLH |
| | ) | |
| vs. | ) | |
| | ) | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | ) ) ) | |
| Defendant. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's January 15, 2015 Order.

January 15, 2015

Frank G. Johns, Clerk
United States District Court